ACCEPTED
12-14-00219-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/23/2015 2:14:32 PM
CATHY LUSK
CLERK

CAUSE NO. 12-14-00219-CR

| | | |
|---|---|---|
| CHRISTOPHER KENNEDY | § | IN THE COURT OF APPEALS |
| | § | 12th COURT OF APPEALS |
| | § | TYLER, TEXAS |
| V. | § | 12th JUDICIAL DISTRICT |
| | § | 1/23/2015 2:14:32 PM |
| | § | CATHY S. LUSK |
| THE STATE OF TEXAS | § | TYLER, TEXAS    Clerk |

## STATE'S FINAL MOTION FOR EXTENSION OF TIME FOR LATE FILING OF THE STATE'S BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

Comes now the STATE OF TEXAS, and presents its Motion for Extension of Time for Filing of the State's Brief in the above causes, and in support of this motion, would show the Honorable Court the following:

A.   The case was originally disposed of by a jury trial in the 114th District Court of Smith County, Texas, the Honorable Christi Kennedy, judge presiding.

B.   The trial court cause number was 114-0383-14, and the case was styled *The State of Texas v. Christopher Darell Kennedy*.

C.   Appellant was convicted of the offense of Possession of a Controlled Substance.

D.   The jury assessed punishment at ten (10) years in confinement in the Texas Department of Criminal Justice and a $10,000 fine.

E.   On November 14, 2014, Appellant filed a brief. The State's brief was due to be filed in the Court on or before January 14, 2015.

F.   There has been one extension of time granted for the filing of Appellant's brief and the State's brief.

G. Pursuant to T.R.A.P. 10.5(b), the State is seeking the Court's indulgence to order an extension of nine (9) days to allow the State an opportunity for timely filing its brief on or before January 23, 2015.

H. The facts relied upon to support this request are as follows:

I, Michael West, the undersigned Assistant Criminal District Attorney, am responsible for the Appellate Division in the office. We have been short by one attorney in my division for over a year now. Since the date of the filing of Appellant's brief, I have had to re-direct my attention to completing the following State's responses and preparing for the following evidentiary hearings:

1. 007-0695-13-A, *Ex parte Pinson*, State's answer completed on 11/14/14.

2. 114-81629-97-B, *Ex parte Little*, State's proposed Findings of Fact and Conclusions of Law completed on 11/18/14.

3. 114-2075-07-L, *Ex parte Randolph*, State's answer completed on 11/19/14.

4. 12-14-00062-CR, *Gordy v. State*, State's letter brief completed on 11/19/14.

5. 12-14-00063-CR, *Gordy v. State*, State's letter brief completed on 11/19/14.

6. 241-1044-12-A, *Ex parte Ausborne*, State's answer completed on 11/25/14.

7. 114-0799-01-B, *Ex parte Malpica*, State's answer completed on 11/26/14.

8. 12-14-00167-CV, *In the Matter of T.H.*, State's response brief completed on 12/04/14.

9. 007-1801-09-A, *Ex parte Young*, preparation for and attendance at hearing on defendant's Art. 11.07 application for writ of habeas corpus held in the 7th District Court on 12/05/14.

10. 241-0045-13-A, *Ex parte Smith*, State's supplemental answer completed on 12/08/14.

11.    007-1119-13-A, *Ex parte Mitchell*, State's supplemental answer completed on 12/09/14.

12.    007-0695-13-A, *Ex parte Pinson*, State's supplemental answer completed on 12/11/14.

13.    007-1883-13, *Brown v. State*, preparation for and attendance at hearing on defendant's Art. 11.072 application for writ of habeas corpus held in the 7th District Court on 12/12/14.

14.    100,513-A, *Ex parte Malone*, State's answer completed on 12/13/14.

15.    12-14-00011-CR, *Scott v. State*, State's response brief completed on 12/17/14.

16.    241-0526-12-B, *Ex parte Dixon*, State's answer completed on 12/18/14.

17.    114-0218-07-A, *Ex parte Green*, State's proposed Findings of Fact and Conclusions of Law completed on 12/19/14.

18.    The undersigned had vacation time scheduled for the Christmas holiday from 12/22/14 through 12/26/14.

19.    114-0760-13-A, *Ex parte Roberson*, State's answer completed on 12/29/14.

20.    114-0107-12-A, *Ex parte Burks*, State's answer completed on 12/30/14.

21.    007-1820-03-C, *Ex parte Cumbee*, State's answer completed on 12/30/14.

22.    114-0163-13-A, *Ex parte Williams*, State's supplemental answer completed on 12/31/14.

23.    241-0010-13-A, *Ex parte Cain*, State's answer completed on 01/02/15.

24.    241-0085-06-B, *Ex parte Waddleton*, State's answer completed on 01/02/15.

25.    12-14-00205-CR, *Lusk v. State*, State's response brief completed on 01/06/15.

26.    241-0997-12-A, *Ex parte Brunelle*, State's answer completed on 01/07/15.

27. 241-1774-10-A, *Ex parte Dean*, State's answer completed on 01/07/15

28. 241-2620-06-A, *Ex parte Gray*, State's answer completed on 01/08/15.

29. 241-2621-06-A, *Ex parte Gray*, State's answer completed on 01/08/15.

30. 241-2621-06-A, *Ex parte Gray*, State's answer completed on 01/08/15.

31. 12-14-00077-CR, *Moore v. State*, State's response brief completed on 01/09/15.

32. 007-80287-98-D, *Ex parte Wheeler*, State's answer completed on 01/13/15.

33. 12-14-00090-CR, *Romero v. State*, State's response brief completed on 01/16/15.

34. 114-80305-97-C, *Ex parte Ladd*, State's Motion to Dismiss Subsequent Art. 11.071 Writ Application and Request for Stay of Execution completed on 01/22/15.

I. In addition to the appellate/trial matters listed above, I am daily called upon to research issues arising at trial, to answer questions from law enforcement, or to assist in the preparation and or presentation of grand jury indictments.

J. This motion is not being filed purely for purposes of delay, but rather to allow the State to timely respond to the arguments in Appellant's brief. No further delay will be necessitated by this motion as the State's brief was electronically filed with the Court before this motion.

K. The State has a great interest in affirming the judgement of the 114th District Court in this case.

**WHEREFORE,** this request is respectfully made that the Court grant the State the opportunity of filing its brief on or before January 23, 2015.

Respectfully submitted



Michael J. West, SBN: 21203300
Assistant Criminal District Attorney
Smith County, Texas
100 N. Broadway, 4th Fl.
Tyler, Texas 75702
(903) 590-1720
(903) 590-1719 (fax)

## VERIFICATION

STATE OF TEXAS

SMITH COUNTY, TEXAS

BEFORE ME, the undersigned authority, a notary public in and for the State of Texas, on ___Jenuary 23 2015___, personally appeared ___Michael West___, representing the State of Texas as Assistant Criminal District Attorney in the above captioned cause, and having been by me first duly sworn, stated that the facts set out in this motion are within his personal knowledge and are true and correct.

MATTHEW CHRISTOPHER MOSELEY
Notary Public
State of Texas
My Comm. Expires 10-03-2015

NOTARY PUBLIC - State of Texas

## CERTIFICATE OF SERVICE

On _____*January 23, 2015*_____, at true and complete copy of this instrument was mailed by placing it in the U.S. Mail addressed to:

Mr. Austin Jackson
Attorney at Law
112 East Line, Ste. 310
Tyler, Texas 75702


_____
Michael J. West, SBN: 21203300
Assistant Criminal District Attorney
Smith County, Texas
100 N. Broadway, 4th Fl.
Tyler, Texas 75702
(903) 590-1720
(903) 590-1719 (fax)